Clerk of Courts
U.S. District Court
235 N. Washington Ave
Rm. 423
Scranton, Pa. 18501-1148

April 30, 2001
1:01 CV 757
~~#94CV1530~~

FILED
SCRANTON
MAY - 2 2001
PER _____ DEPUTY CLERK

To: Clerk of Court

RE: Starner v. Daniels, et al.

I am contacting your office to correct the spelling of one of the defendants. "Commissioner's name"
Correct spelling "Rick Rovegno"

Sincerely,
Randy Alan Starner