# In The United States District Court for the Middle District of Pennsylvania

(1) 5/8/01 CAROLYNS

Randy Alan Starner
Cumberland Co. Prison
1101 Claremont Rd.
Carlisle, Pa. 17013

FILED
SCRANTON
MAY 03 2001
PER _____ DEPUTY CLERK

1:01-CV-757

Randy Alan Starner
Plaintiff

V.

Dr. Daniels - Prison Physician
Mrs. Sneed - Deputy Warden of Treatment
Mr. Reitz - Warden - Cumberland County Prison
Mr. Bovegno - Cumberland County Commissioner
(Defendants)

Motion For Issuance of Subpoena

Civil Action No. _____

Plaintiff prays that this Honorable Court; to have, <u>MR. Craig J. Juirgensen</u>, M.D. of Neurology, at Belvedere Medical Center, 850 Walnut Road, Carlisle, Pa. 17013. To appear and give testimony pertaining to results of, Electrodiagnostic examination, on January 22, 2001.

<u>May 1, 2001</u>
(Date)

<u>Randy Alan Starner</u>
(Signature)

Randy Alan Starner
Cumberland Co. Prison
1101 Claremont Rd.

# In The United States District Court for the Middle District of Pennsylvania

Randy Alan Starner
Cumberland Co. Prison
1101 Claremont Rd.
Carlisle Pa. 17013

FILED
SCRANTON

MAY 03 2001

PER _____
DEPUTY CLERK

Motion

Randy Alan Starner
(Plaintiff's)

v.

Dr. Daniels - Prison Physician
Mrs. Sneed - Deputy Warden of Treatment
Mr. Reitz - Warden of Cumberland County Prison
Mr. Rovegno - Commissioner of Cumberland County
(Defendants)

Civil Action

No. _____

_____
(Judge)

In accordance with Title 28 § Rule 38: Jury Trial of Right. Rule 38: Jury Trial of Right, (a) Right Preserved; (b) Demand.

(a) The right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statute of the United States shall be preserved to the parties inviolate.

(b) Any party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue, and (2) filing the demand as required by Rule 5(d). Such demand may be indorsed upon a pleading of the party.

Plaintiff demands to exercise his Rights in accordance with Title 28 § Rule 38 (a),(b).

May 1, 2001
(Date)

*Randy Alan Starner*
(Signature)

Randy Alan Starner
Cumberland Co. Prison
1101 Claremont Rd.
Carlisle, Pa. 17013

01-0757

Clerk of Court
U.S. District Ct.
235 N. Washington Ave.
Rm. 423
P.O. Box 1148
Scranton, Pa. 18501

FILED
SCRANTON
MAY 03 2001
PER _____
DEPUTY CLERK

To: Mary E. D'Andrea

RE: Starner v. Daniels, et al.
    (Evidence)

    I am sending you a notorized letter that I sent to Dr. Jurgensen. This letter needs to be placed in the Evidence section of Starner v. Daniels, et a

I thought it was, I was mistaken. Would it be possible to do so? If not, please RETURN said letter. If said letter is not RETURNED, I will assume it was placed.

Sincerely,
*Randy Alan Starner*

Randy Alan Starner
Cumberland Co. Prison
1101 Claremont Rd.
Carlisle, Pa. 17013

Febuary 6, 2001

Dr. Craig J. Jurgensen
Belvedere Medical Center
850 Walnut Bottom Rd.
Carlisle, Pa.   17013

Dear Dr. Jurgensen,

    This is a notorized statement stating that I am Randy Alan Starner. Also that I am officially asking for a copy of the Results and what Dr. Jurgensen's diagnosis, and prognosis in Relation to the electronic

testing for Carpal Tunnel. These tests were performed on January 22, 2001.

Date: 2·6·2001

_Randy Alan Starner_
Signature

Notarial Seal
Helen D. Sneed, Notary Public
Middlesex Twp., Cumberland County
My Commission Expires June 24, 2002

Member, Pennsylvania Association of Notaries

Randy Alan Starner
Cumb. Co. Prison
1101 Claremont Rd.
Carlisle, Pa. 17013