JUDGE'S COPY

U.S. Clerk of Courts
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

May 9, 2001

RECEIVED
MAY 11 2001
MARY E. D'ANDREA, CLERK
578
1-01-cv-575

Dear Mary E. D'Andrea:

I am sending a list of documents that I have sent to the Clerk's Office. If there is a document that is still needed, please let me know.

Very truly yours,

Randy Alan Starn[?]

Randy Alan Starne[?]

1 - Forma Pauperis
1 - Account Authorization and Statement
1 - Appointment of Counsel
    Affidavits Supporting above.

4 - U.S. Marshal Form 285

3 - Subpoena's - Witness'

2 - Subpoena's - Medical Records

1 - Pro Se' - Motion

This is for: Starner v. Daniels et al.
             1:01-CV-00575

Co/Defendants: Mrs Helen Sneed - Deput[y]
               Warden, Treatment

               Mr. Earl Reitz - Warden
               of Cumberland County Pr[ison]

               Mr. Rick Rovegno
               Commissioner of
               County

FILED
HARRISBURG, PA
MAY 11 2001
MARY E. D'ANDREA, CL[ERK]
Per _____ Deputy Clerk