JUDGE'S COPY

# In The United States District Court for the Middle District of Pennsylvania

FILED
HARRISBURG, PA

MAY 1 1 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Randy Alan Starner
Cumberland Co. Prison
1101 Claremont Rd.
Carlisle, Pa. 17013

1:01-CV-00757

V.

Starner v. Guido

Motion

Civil Action

1:01-CV-00757

William W. Caldwell
Judge

I bring said Motion before
the Honorable Court for proper Redress;
    On Tuesday May 8, 2001 Plain-
tiff telephoned the United States
Clerk of Courts. During conversa-
tion Plaintiff's suspicions were
confirmed pertaining to a clerical
error in regards to; 1:01-CV-00757
Starner v. Guido.
    The proper names associated
with this case number are as
follows:

Therefore; Plaintiff request that your Honorable Court separate said names from this case number.

I Randy Alan Starner declare the above statement is true and correct, under penalty of purjury: (28 U.S.C. § 1746; 18 U.S.C. § 1621)

5·8·2001
(Date)

Randy Alan Starner
(Signature)