UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RANDY ALAN STARNER,  :
:
       Plaintiff  :
:  CIVIL NO. 1:CV-01-0757
  v.  :
:  (Judge Caldwell)
DANIELS, et. al,  :
:
       Defendants  :

FILED
HARRISBURG, PA
JUN 0 5 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    Plaintiff, Randy Alan Starner, an inmate at the Cumberland County Prison, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 alleging, among other things, inadequate medical treatment for his carpal tunnel condition. Starner names Dr. Daniels, a prison physician; Helen Sneed, the Deputy Warden of Treatment; Earl Reitz, Cumberland County Prison Warden; Richard Rovegno, Cumberland County Commissioner; and Cumberland County as defendants.

    Before the Court is Plaintiff's motion requesting the court to "separate names Mr. Guido and Mr. Richardson from this case number."

    Apparently, at or around the time Starner filed the instant action, he sought to file an additional, separate civil rights action against the Honorable Edward E. Guido, a

Cumberland County common pleas judge, and Greg M. Richardson, a Cumberland County parole officer. Although Starner filed separate complaints, they were inadvertently assigned the same docket number, 1:01-CV-0757. Plaintiff Starner discovered this discrepancy and raised the error by the present motion and a recent letter the Court.

Upon investigating this matter, the court learned that Starner was indeed correct and a docketing error had been made docketing both actions under this case's docket number, 1:01-CV-0757. To rectify this matter, the Clerk will be directed to terminate defendants Guido and Richardson from this action and process Starner's complaint against these individuals in a separately docketed action.

Accordingly, this 5th day June, 2001, it is ordered that:

1. Plaintiff's motion to separate defendants Guido and Richardson from this action (doc. 9) is granted.

2. The Clerk is directed to terminate this action against defendants Guido and Richardson. The Clerk is further directed to remove Guido and Richardson's names from the caption of this case.

3. The Clerk is directed to separate Starner's complaint against Guido and Richardson from this action and initiate a separate docket for that complaint to be processed as a new civil rights action filed by Starner.

WILLIAM W. CALDWELL
United States District Judge

-2-