*See attach*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RANDY ALAN STARNER, :
:
 Plaintiff :
: CIVIL NO. 1:CV-01-0757
 v. :
: (Judge Caldwell)
DANIELS, et. al, :
: **FILED**
 Defendants : HARRISBURG, PA

JUN 0 5 2001

MARY E. D'ANDREA, CLERK
Per _____

ORDER

AND NOW, this 5th day of June, 2001, it is ordered that Plaintiff's motion for the issuance of a subpoena to secure the attendance and testimony of Dr. Craig J. Jurgenson, Neurologist, at trial in this matter (doc. 7) is denied, without prejudice, as premature.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

AO 72A