UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RANDY ALAN STARNER,                :
                                   :
            Plaintiff              :
                                   :      CIVIL NO. 1:CV-01-0757
       v.                          :
                                   :      (Judge Caldwell)
DANIELS, et. al,                   :
                                   :      FILED
            Defendants             :      HARRISBURG, PA

                                          JUN 5 2001

                                          MARY E. D'ANDREA, CLERK
                                          Per _____
                                              Deputy Clerk

                    ORDER

        AND NOW, this 5th day of June, 2001, it is ordered
that:

        1.  Plaintiff's Application to proceed in
forma pauperis (doc. 2) is construed as a
motion to proceed without full prepayment of
fees and costs and the motion is granted.[1]

        2.  The United States Marshal is directed
to serve plaintiff's complaint on the
defendants named therein.


                              _____
                              WILLIAM W. CALDWELL
                              United States District Judge


────────────────────
        [1]  Starner completed this court's form application to
proceed in forma pauperis and authorization to have funds
deducted from his prison account.  The court then issued an
Administrative Order directing the warden at his present place
of confinement to commence deducting the full filing fee from
plaintiff's prison trust fund account.

AO 72A