A
7/11/01
SM

## WAIVER OF SERVICE OF SUMMONS

TO: _Randy Alan Glasser_
    (Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Glasser_ VS _Daniels_

which is case number _CV-01-757_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _June 11, 2001_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_6/25/01_
Date

_Helen D Sneed_
Signature

Printed/typed name: _Helen D. Sneed_

Title if any: _Deputy Warden / Treatment_

Address of person signing: _1101 Claremont Rd_
_Carlisle, Pa. 17013_

Representing defendant(s) if any: _____

FILED
SCRANTON

JUN 29 2001

PER _____
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Randy Alan Stainer_
    (Name of plaintiff's attorney or pro se plaintiff)

    I acknowledge receipt of your request that I waive service of
a summons in the action of _Stainer_ VS
_Daniels_,
which is case number _Cv-01-757_ in the
United States District Court for the Middle District of
Pennsylvania. I have also received a copy of the complaint in the
action, two copies of this instrument, and a means by which I can
return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an
additional copy of the complaint in this lawsuit by not requiring
that I (or the entity on whose behalf I am acting) be served with
judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all
defenses or objections to the lawsuit or to the jurisdiction or
venue of the court except for the objections based on a defect in
the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the
party on whose behalf I am acting) if an answer or motion under
Rule 12 is not served upon you within 60 days after _June 11, 2001_
(date request was sent), or within 90 days after that date if the
request was sent outside the United States.

_6-26-01_
Date

_Earl F. Beitz_
Signature

Printed/typed name: _EARL F. BEITZ, JR._

Title if any: _WARDEN_

Address of person signing: _1101 CLAREMONT RD., CARLISLE, PA., 17013_

Representing defendant(s) if any: _____

FILED
SCRANTON

JUN 2 9 2001

PER _____
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Randy Alan Slaine_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Slaine_ VS _Daniels_, which is case number _CV-01-757_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _June 11, 2001_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_6-25-01_
Date

_M Daniels_
Signature

Printed/typed name: _M. DANIELS_

Title if any: _MM_

Address of person signing: _1101 Clairmont Rd Carlisle_

Representing defendant(s) if any: _____

FILED
SCRANTON

JUN 2 9 2001

PER _____
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Randy Alan Slasser_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _____*Slasser*_____ VS

_____*Daniels*_____,
which is case number _Cv-01-757_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _June 11, 2001_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_June 20, 2001_
Date

_Richard L. Rovegno_
Signature

Printed/typed name: Richard L. Rovegno

Title if any: Cumberland County Commissioner

Address of person signing: 1 Courthouse Square, Carlisle, PA 17013

Representing defendant(s) if any:

FILED
SCRANTON

JUN 29 2001

PER ___
DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _Randy Alan Stasser_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Stasser_ VS _Daniels_, which is case number _CV-01-757_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _June 11, 2001_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_June 20, 2001_
Date

_Richard L. Rovegno_
Signature

Printed/typed name: _Richard L. Rovegno_

Title if any: _Cumberland County Commissioner_

Address of person signing: _1 Courthouse Square, Carlisle, PA 17013_

Representing defendant(s) if any:

FILED
SCRANTON

JUN 2 9 2001

PER _____
DEPUTY CLERK