


UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RANDY STARNER : No: 01-CV-757
:
VS. :
:
DR. DANIELS, PRISON PHYSICIAN, :
HELEN SNEED, DEPUTY WARDEN :
OF TREATMENT, EARL REITZ, :
WARDEN CUMBERLAND COUNTY :
PRISON, RICHARD RIVEGNO, :
COMMISSIONER CUMBERLAND :
COUNTY AND CUMBERLAND :
COUNTY :

FILED
SCRANTON

JUL 1 9 2001

PER _____
DEPUTY CLERK

**ENTRY OF APPEARANCE**

**TO THE CLERK OF COURTS:**

Kindly enter our appearance on behalf of defendants, Helen Sneed, Deputy Warden of Treatment, Earl Reitz, Warden, Cumberland County Prison, Richard Rivegno, Commissioner, Cumberland County and Cumberland County only in regard to the above-

captioned matter.

                      DEVLIN AND DEVINE

BY: _/s/ Andrea L. Bennett_
William J. Devlin, Jr., Esquire
Andrea L. Bennett, Esquire
Attorneys for Defendants,
Sneed, Reitz, Rivegno and
Cumberland County (only)

Suite 200, 100 West Elm Street
Conshohocken, PA 19428
610-397-4605

Date: 7/16/01