Law Clerk's Copy

Copy (16)

# United States District Court
# Middle District
# of Pennsylvania

Randy Alan Starner

V.S.

No: 01-CV-757

Dr. Daniels, Prison Physician, Helen Sneed, Deputy Warden of Treatment, Earl Reitz, Warden Cumberland County Prison, Richard Rivegno, Commissioner Cumberland County, and Cumberland County

FILED
HARRISBURG, PA

AUG 10 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## 38(a)(b) Motion, Jury Trial by Right
## (a) Right Preserved (b) Demand

Plaintiff, a Pro Sé prisoner, filed a 42 U.S.C. sec. 1983 civil rights lawsuit against Physician, and administration officials of Cumberland County Prison. Plaintiff's motion is pursuant to Federal Rules of Civil Procedure; 38 (a), (b): Jury Trial by Right, (a) Right Preserved, (b) Demand. Plaintiff relies upon the attached brief in support of said Motion.

By: *Randy Alan Starner*

Randy Alan Starner
Cumberland County Prison
1101 Claremont Rd.
Carlisle, Pa. 17013