ORIGINAL

(19)
8-13-0
sc

Clerk of Courts
U.S. District Court                    8·8·01
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

FILED
HARRISBURG, PA
AUG 1 0 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: Evidence - Medical Records - 01-CV-757

Dear Sir/Madam:

    Attached is excerpts from my medical records here at Cumberland County Prison. These pages show the pertinent dates, infromation related to my case; Starner V. Daniels et al. no: 01-CV-757. Please submit these records and place them with prior evidence that has been on file with your office.

If there is a problem in doing so, please notify me, so that I may take the necessary steps to resolve any problems that may arrise.

Also: If I do not hear from your office pertaining to this matter, I will assume said evidence has been entered.

Very truly yours,

*Randy Alan Starner*

Randy Alan Starner
Cumb. Co. Prison
1101 Claremont Rd.
Carlisle, Pa. 17013

| DATE | AILMENT | TREATMENT | DOCTOR |
|---|---|---|---|
| 10-16-00 | Sp episode @ arm heaviness — onset is abrupt + short lived @ rest or c activity. No CP/SOB. BP 137/90 pulse 72 reg. rr @ /rales. A) ? P/ observe | | [signature] |
| 12-3-00 | 0550 - reports head tingling - L arm numbness. B/P 160/100 — suggested rest today sick call tomorrow for rev — | | [signature] |
| [date] | cc — ® arm numbness (from elbow down to finger tips) x 1½ weeks — no strength in ® hand. R arm 144/100  L arm 144/92 — left arm free swing. Denies HA or any other body sxs. — Mod. hand grasp; numbness/tingling never completely relieved — stronger c use of arm. Rejects D. | | |
| [date] | ® arm tingling / numbness — tending in ® index. S/ strong UE FROM grip ok. reflexes symm 1+. A) ? tendonitis / CTS P/ tried Motrin — may back to ↓ activities | | [signature] |
| [date] | cc — ctd ® arm numbness/tingling — seems to be getting worse. - some pain relief c Motrin. - Request for eval c in ® | | Burger M |
| 12-22-00 | Schedule EMG - NCS. - persistant numbness. | | [signature] |
| [date] | fn | | [signature] |
| [date] | fn | | [signature] |

| DATE | AILMENT | TREATMENT | DOCTOR |
|---|---|---|---|
| 1/17/01 | SID | | B.Wrayd |
| 1/26/01 | reviewed labs (GTC/Aldemycin) syrup improving | | McKnew |
| 02/20/01 | Here to discuss EMG results c/ Dr. — pain extending up ® arm to elbow — "getting worse" | — will call office so that EMG results can be brought in. | Bergy M / B.Wrayd |
| 02/26/01 | Confirmative abnormal EMG/NCS results | | McKnew |
| 03/05/01 | Here to see report on EMG study. Recommend ® hand cockup splint and Motrin. No work in laundry. | | Bergy M / McKnew |
| 3/15/01 | Seen by Dr. Manfredi NO for ? Neuritis cc — ® elbow pain — getting worse (see note 02/20/01) — Routine Motrin not effective — wearing ® hand splint is vital — interested in surgical correction. Refer to Dr. | | Bergy M |
| 3/7/01 | S: c/o persistent numbness fingers (R) hand x 3 weeks Wearing wrist splint $\overline{c}$ ails. O: ® hand Thenar muscles observing as atrophy A: CTS P: Try to obtain wrist splent — plaster stay | | B.Wrayd |