Clerk of Courts
U.S. District Court
Middle District, Pa.
228 Walnut Street
P. Box 983
Harrisburg, Pa. 17108

8-8-01

20
8-13-01
SC

RECEIVED
HARRISBURG, PA

AUG 10 2001

MARY E. D'ANDREA, CLERK
Per _____

Dear Sir/Madam :

On or about the 18th or 19th of April 2001.
I started proceedings in federal court; Starner v.
Daniels etd., 01-CV-757. At this time, I sent along
with my complaint, (4) subpoenas, (1) was returned
(Dr. Jurgensen) as premature. As for the others,
Mr. Ilgenfritz, Mr. Teaney, and Mr. McGinty.
Are these (3) subpoenas valid and still useable?
I also sent (2) subpoenas, production of medical
records, are these still valid and useable? Also at
this time, I sent your office a Motion, "F.R.Civ.P. 38,
Jury Trial by Right." I now feel this was a pre-
mature move on my part also;

Therefore; I am sending a "Proper" Motion, F.R.Civ.P. 38; Jury Trial by Right. This is the proper time to file this motion. Please reply concerning my questions. So I will know if I will need to refile said paperwork or not.

Thank You, for your time.

Very truly yours,

Randy Alan Starner

Randy Alan Starner
Cumberland County Prison
1101 Claremont, Rd.
Carlisle, Pa. 17013