copy (2)

JUDGE'S COPY

Clerk of Court
U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, Pa. 17108

August 17, 2001

FILED
HARRISBURG

AUG 2 0 200[1]

MARY E. D'ANDREA,
Per [signature]
DEPUTY CLERK

Re: Evidence; Case No: 01-CV-757

Clerk;

    I am presenting to the court for examination, One (1) Right Hand Cock-up Wrist Brace, that was issued per Dr. Daniels, Medical Department, Cumberland County Prison.

    I am also presenting to the court for examination, One (1) Left Hand Cock-up Wrist Brace, that was at my home residence.

(1)

Left Hand Cock-up Wrist Brace, is to demostrate proper form and design so that it may produce medical results it was designed to do.

Attached is a brief discussion pertaining to each brace.

Please enter said evidence along with evidence already filed with the Clerk of Courts, so that the Court may examine it at a later date.

Very truly yours,

*Randy Alan Starner*

Randy Alan Starner

Place: Cumberland County Prison.

2.

Plaintiff; Civil Action, No: 01-CV-757 wishes to submit for examination:

(one (1) Right hand cockup wrist brace)

Plaintiff submitting said brace to substantiate statements made within handwritten addendum to Complaint;

Add. Page, 9 - Monday - 2·26·01; That evening, wrist-brace arrives, without support sta (Part that keeps wrist from bending)

Add. Page, 10, 11 - Wednesday - 3·7·01; Dr Woods stated; Brace was no good because of no "stay" wrist support, another type of brace ordered.

Add. Page, 12 - Saturday - 3·17·01;
New brace arrives, new brace same as old brace. "Support Stay Removed"

Add. Page, 12 - Monday - 3·19·01;
Went to Medical Department pertaining to brace, once again brace taken back "No Wrist Support"

Add. Page, 13 - Friday - 3·23·01;
Brace returned with tongue depressors sewn into area where original support piece goes.

Therefore: Right hand cock-up wrist brace that I submit for examination; is not in proper form, "cock-up stay", original stay that lifts and holds hand in an upwards position, to alleviate pressure on wrist.

By not being in proper form, pertaining to tongue depressors, "altered" said brace is not performing medically, as it was designed to do, "cock-up" support hand in upward position, to alleviate pressure on wrist.

_____
Signature

8·16·2001
Date

Plaintiff; Civil Action, No: 01-CV-757 wishes to submit for examination:

(one(1) Left hand cock-up wrist brace)

Plaintiff is submitting said "Left hand cock-up wrist brace from my home residence. Said brace was needed after surgery (metal plate inserted) to alleviate pressure on wrist and metal plate so the bone could weld to metal plate.

Plaintiff is submitting Left Hand Brace along with Right Hand Brace the prison gave plaintiff, so the court has clear and viewable understanding of what a cock-up brace is designed medically to accomplish.

Surely after viewing and comparing, the Honorable Court can only reach the true conclusion, that the Right Hand Cock-up Brace provided by the Dr. Daniels/Medical Department Cumberland County Prison as inadequate.

_____
Signature

_____
8·16·2001
Date