ORIGINAL

# United States District Court
# Middle District
# of Pennsylvania

01-CV-757

From: Randy Alan Starner
Cumberland County Prison
1101 Claremont Road
Carlisle, Pa. 17013

To: Clerk of Court
U.S. District Court
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

Re: Starner v. Daniels et al.

No: 01-CV-757

**FILED**
**HARRISBURG, PA**
AUG 2 2 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Clerk,

    Please submit the following document into evidence, along with other evidence on file with your office.

Respectfully,

*Randy Alan Starner*

7-20-2001
Date



Family Home Health Care Products
7 N. Baltimore Ave
Mt. Holly Springs, Pa 17065
717.486.5201
866 486 5201 toll free

Randy A. Starner
79 Corporation St.
Newville, Pa. 17241

Dear Mr. Starner,

Thank you for your recent letter inquiring about our cockup wrist splints. We have several selections of these in different colors and styles, in all of the various sizes for both right and left hands. I really do not have any pamphlets of these that I can send you, but I can briefly describe what it is that they do. I also don't have the time to research and find materials to educate you on carpal tunnel syndrome, but I will briefly describe it to you in this letter as follow:

- **Carpal tunnel syndrome:** Chronic pain and paresthesia in the hand in the area of distribution of the median nerve, caused by compression of the median nerve by fibers of the flexor retinaculum, and associated with repetitive motion, as in typing or playing a musical instrument.

This is the definition as it appears in Stedman's medical dictionary. To simplify things I will define it in my own words. Imagine a series of control rods sheathed within an outer covering, all working back and forth against each other. These control rods are what extends and contracts your fingers, wrist, etc. As these control rods work back and forth they cause friction against one another, if there is too much friction this causes irritation which in turn causes swelling. Especially where a "crimp" is formed, by dropping your wrist, crimping the sheath and creating a pinch point. This swelling impinges on a nerve cluster causing numbness and tingling. Repetitive motions with your wrists dropped is the most common cause of the problem.

The best way to prevent the problem from worsening is with the use of a cock up wrist splint. These splints keep your hands in an extended position, (not bent downward at the wrist), and alleviates the pinch point. At first the use of these splints will seem awkward and feel strange. In a few days though it will seem perfectly normal and should solve much of the problem associated with carpal tunnel syndrome.

# WHAT IS CARPAL TUNNEL SYNDROME?

Carpal tunnel syndrome is a condition involving the hands caused by a "pinched" nerve at the wrist. It commonly causes the symptoms of numbness, tingling, or burning pain in the fingers, hand, or forearm. In rare circumstances, carpal tunnel syndrome can also cause very unusual symptoms that radiate up to your shoulder and neck.

The carpal tunnel is an actual tunnel in the wrist. The floor of that tunnel is the carpal bones of the wrist. The roof of that tunnel is formed by a tough, leathery ligament called the transverse carpal ligament. Through the carpal tunnel run the tendons that flex your fingers and thumb and also the median nerve. The median nerve provides sensation for the thumb, index, middle and ring fingers and also provides for the movements of your thumb. In many cases, the cause of carpal tunnel syndrome in a given person is unknown. Many conditions can contribute to the development of carpal tunnel syndrome including arthritis, diabetes, pregnancy, menopause, and thyroid disease.

If carpal tunnel syndrome is ignored for too long, permanent nerve damage can occur. One of the goals of surgery is to stop the progression of nerve damage. If carpal tunnel syndrome is caught early enough, surgery can cure the symptoms associated with carpal tunnel syndrome. After surgery, some patients feel an immediate improvement in their symptoms. In other patients, however, symptoms may temporarily worsen as the nerve "comes back to life." In some cases, patient's symptoms improve very slowly over a number of months. In the end, however, a huge majority of patients are very happy with the results of carpal tunnel surgery.



Median nerve

# SURGICAL TREATMENT FOR CARPAL TUNNEL SYNDROME

The surgery performed for this condition is called a carpal tunnel release. It is typically an outpatient procedure that involves making an incision into the palm of the hand. During this procedure, the transverse carpal ligament is cut, releasing the pressure on the median nerve. The surgery may be performed under local anesthesia, Bier block (where the entire arm is asleep), or general anesthesia. Most likely, however, your surgery will be performed under a local anesthesia.