

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959

August 28, 2001

**FILED
HARRISBURG

AUG 29 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK**

Randy Alan Starner
Cumberland County Prison
1101 Clarement Road
Carlisle, PA 17013

    RE:    <u>Starner v. Daniels, et al.</u>,
            Civil No. 1:01-CV-0757 (M.D. Pa.)

Dear Mr. Starner:

    Judge Caldwell has directed me to give you the following response to two letters you recently sent, dated August 8 and 17, 2001, and a third one received on August 23, 2001.

    As stated in your letters, they are attempts to submit "evidence" in your case and "additions" to your complaint. Please be advised that letters are not the proper way to litigate your case. The Court will not deal with requests set forth in letters. Instead, if you wish the information contained in your correspondence to be considered by the Court, you have to file an appropriate document with the Clerk of Court, with the caption of your case, setting forth the relief you request, and serve it on opposing counsel.

    Our records indicate that your complaint was served on the defendants in June 2001. Currently pending before the Court are defendants' motion to dismiss the complaint and your motion for a jury trial. On August 10, 2001, you filed a response to defendants' motion. If you wish to file documents in support of your opposition to defendants' motion, you need to file a supplemental response with the Clerk of Court indicating this intent and accompanied by any evidence you wish to submit. The supplemental response must have the caption of the case and a copy must be sent to defense counsel.

Randy Alan Starner          -2-          August 28, 2001


     Likewise, if you seek to modify your complaint, you must do so formally by filing a motion to amend your complaint. Any such motion must be accompanied by a proposed amended complaint and must be sent to opposing counsel. Again, informal correspondence to the Court will not accomplish this.

     I hope this advice has been of assistance to you.

                  Very truly yours,

                  Peter J. Welsh
                  Deputy-in-Charge