copy (24)

# In The United States District Court For The Middle District of Pennsylvania

**FILED**
HARRISBURG, PA

SEP 17 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Starner;

v.

Daniels, et al.

Case No: 01-CV-0757

William W. Caldwell J.

## Motion to Classify

In reference to letters dated August 8, 17, 23, 2001; Docketed and on file within the Clerk of Courts.

Accompanied with said letters were valuable documents and physical evidence pertaining to Plaintiff's Civil Action before the Honorable Court.

1.) Excerpts from Medical Records on file, Medical Department, Cumberland County Prison.

2.) Electrodiagnostic tests results (Nerve Conduction Studies, Nerve Conduction Report). "Carpal Tunnel"

3.) Physical Evidence; (1) - Right Cock-up wrist brace, issued by Medical Department, Cumberland County Prison.

4.) Documentation from; Family Home Health Care Products Inc. "In Relation to braces".

Therefore; Plaintiff prays that the Honorable Court to Classify the aforementioned items (1 thru 4) as Evidence, pertaining to Plaintiff's Case No: 01-CV-0757.

9-13-2001
Date

Randy Alan Garner
Signature

# In The United States District Court For The Middle District of Pennsylvania

Starner;
v.
Daniels, et al.

Case No: 01-CV-0757

William W. Caldwell J.

## Certificate of Service

I hereby certify that service of a true and correct copy of the enclosed, Motion to Classify was sent to Defense Counsel on 9·13·01, by first class mail.

Andrea L. Bennett
Attorney, Defendants
Suite 200, 100 W. Elm St.
Conshohocken, Pa. 19428

By: _Randy Alan Starner_

Randy Alan Starner
℅ Cumberland County Prison
1101 Claremont Road
Carlisle, Pa. 17013