OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

MARY E. D'ANDREA
Clerk of Court

Divisional Offices

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

September 19, 2001

Randy Alan Starner
Cumberland County Prison
1101 Clarement Road
Carlisle, PA 17013

      RE:   <u>Starner v. Daniels, et al.</u>,
            Civil No. 1:01-CV-0757 (M.D. Pa.)

Dear Mr. Starner:

    Judge Caldwell has directed me to give you the following response to your September 12, 2001, telephone inquiry regarding the various "evidence" submissions you have filed with the Court.

    As you requested over the phone, the Clerk's Office is returning to you the originals of the documents submitted. We will retain copies as the docketed items. Additionally, we are returning your arm braces, also submitted as evidence.

    Those items are enclosed with this letter.

                                  Very truly yours,

                                  Kevin T. Calpin,
                                  Operations Manager

Enclosures

CC: defense counsel
Enclosures (doc. 19, 21, and 22)