United States District Court
Middle District of Pa.
William J. Nealon Federal Bldg, U.S. Courthouse
235 North Washington Avenue, Room 101
Scranton, Pa. 18501

FILED
SCRANTON
DEC 26 2001
PER
DEPUTY CLERK

12·19·01

Re: Randy Alan Starner v. Daniels, et al.
No.: 01-CV-757
Address Change: "Plaintiff"

Dear Sir/Madam:

This corespondence is to inform the court, that as of 12·29·01, I will no longer be residing at 1101 Claremont Road, Carlisle, Pa. 17013.
My new mailing address will be;
79 North Corporation Street, Newville, Pa. 17241.
Please adjust mailings accordingly.

Respectfully,

Randy Alan Starner

Randy Alan Starner

United States District Court
Middle District of Pa.
William J. Nealon Federal Bldg., U.S. Courthouse,
235 North Washington Avenue, Room 101
Scranton, Pa. 18501

12·19·01

Re: Randy Alan Starner v. Daniels, et al.
No.: 01-CV-757
Address Change: "Plaintiff"

Certificate of Notice

I hereby certify that attorneys of record; ...

| Devlin & Devine | Foulkron Ellis |
| Attorneys at Law | Professional Corporation |
| Suite 200 - 100 West Elm St. | 1800 Linglestown Road |
| Conshohocken, Pa. 19428 | Suite 305 |
|  | Harrisburg, Pa. 17110 |

... have been notified as to address change of Randy Alan Starner v. Daniels, et al. No.: 01-CV-757.

Respectfully,
Randy Alan Starner