*See Attachment* (30) pm
9/26/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RANDY ALAN STARNER,

    Plaintiff

    v.

DANIELS, et. al,

    Defendants

CIVIL NO. 1:CV-01-0757

(Judge Caldwell)

FILED
SEP 25 2001
PER ___
HARRISBURG, PA.    DEPUTY CLERK

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    Currently before the Court is Starner's "Motion to Classify" which requests that the Court deem various documents and arm braces previously submitted to the Court via correspondence as "evidence." (Docs. 19, 21 and 22). The propriety of the submission of this evidence was the subject of several letters between Starner and the Clerk of Courts, and was thought to have been resolved with the recent return of the items to Starner pursuant to his request. (See Doc. 23).

    Starner's motion will be denied. The point of the recent letters was not that Starner had to move for the submission of the evidence but that the evidence had to accompany a proper motion. A motion to classify, simply seeking to submit evidence and

unaccompanied by a motion seeking some relief from the court, is not a proper motion.

Accordingly, Starner's Motion to Classify (doc. 24) is denied.

*[signature]*
WILLIAM W. CALDWELL
United States District Judge

Date: September 25, 2001

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      September 25, 2001
```

Re:  1:01-cv-00757    Starner v. Daniels

True and correct copies of the attached were mailed by the clerk
to the following:

Randy Alan Starner
CTY-CUMB
Cumberland County Prison
1101 Claremont Road
Carlisle, PA  17013

Andrew H. Foulkrod, Esq.
S. Walter Foulkrod, III & Associates
1800 Linglestown Rd
Suite 305
Harrisburg, PA  17110    Fax No.: 717-213-4202

William J. Devlin Jr., Esq.
Suite 200
100 West Elm St.
Conshohocken, PA  19428

Andrea L. Bennett, Esq.
DEVLIN & DEVINE
Suite 200
100 West Elm Street
Conshohocken, PA  19428  Fax No.: 610-397-4629

```
CC:
Judge                          (✓)        (✓) Pro Se Law Clerk
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )

Bankruptcy Court               ( )
Other _____         ( )
                                                 MARY E. D'ANDREA, Clerk

DATE:  9/25/01                          BY:  ASM
                                             Deputy Clerk
```