sc    3:01CV757    JD

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): BONITA L. STILL    B. Date of Delivery<br>C. Signature<br>X Bonita L. Still    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Randy A Starner<br>Cumberland County Prison<br>1101 Claremont Rd.<br>Carlisle PA 17013<br>01-757 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| Article Number (Copy from service label)<br>3316  4597 | |
| S Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

FILED
SCRANTON
OCT 01 20[01]
PER _____
DEPUTY CLERK