ORIGINAL

# United States District Court For The Middle District of Pennsylvania

| | |
|---|---|
| Randy Alan Starner | |
| v. | No: 01-CV-757 |
| Dr. Daniels, Prison Physician; Helen Sneed, Deputy Warden of Treatment; Earl Reitz, Warden Cumberland County Prison; Richard Rovegno, Commissioner Cumberland County, and Cumberland County | (William W. Caldwell) J. (Title 42 U.S.C.A. § 1983) |

## Exhibits
## To Brief In Support of Motion For Denial of Defense Counsel's Motion To Dismiss Plaintiff's Complaint

FILED
HARRISBURG

OCT 1 0 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

# INDEX OF EXHIBITS

Nerve Conduction Studies and Report; - Ex-A

Right Cock-Up Wrist Brace; Ex-B

Left Cock-Up Wrist Brace; Ex-C

(Braces at Clerk of Court, Harris.)

Excerpts from medical records on file, Medical Department, Cumberland County Prison; Ex-D

Documentation from Family Home Health Care Products, Inc.
Ex-E

Letters to, Mr. Reitz, Warden; Mrs. Sneed, Deputy Warden of Treatment; and Dr. Daniels.
Ex-F, G

Response, from Mrs. Sneed, Deputy Warden of Treatment pertaining to letters.
Ex-H

ELECTROMYOGRAPHY
NERVE CONDUCTIONS

Re: [illegible]

[illegible address]
Carlisle, PA [illegible]

DOB: [illegible]

Outpatient    Michael O. Daniels, M.D.    January 22, 2001

Method: Excel 2-channel EMG by Caldwell.

IMPRESSION    DELAYED/DEPRESSED DISTAL MEDIAN NERVE CONDUCTION — RIGHT.

COMMENT    The patient reports sensory symptoms in the hand. Motor and sensory nerve conductions were performed using .2 ms supramaximal stimulation. The distal evoked response for the median nerve recorded over the opponens pollicis is markedly delayed in onset to 8.0 ms (normal less than 4.0). The M-response illustrated below is significantly depressed in amplitude — 2,200 µV (normal 7,000-10,000 µV). No distal median nerve sensory response could be obtained over the flexor skin of the second finger. Distal median nerve conduction obtained on the left side by the same technique is borderline normal. Ulnar nerve conductions are intact. The ulnar F-response is mildly delayed.

Needle examination revealed rare positive waves in the opponens pollicis. Action potentials produced with voluntary contraction were occasionally polyphasic in nature.

The findings are indicative of distal median nerve compression within the carpal canal.

JCJ/gmj



350 WALNUT BOTTOM ROAD
CARLISLE, PA 17013
(717) 243-3944

J. CRAIG JORGENSEN, D.O.
NEUROLOGY

A

Summary of EMG and NCV findings.

### NERVE CONDUCTION REPORT

| Nerve | Site | Onset (ms) | Delta (ms) | Dur (ms) | Ampl (uV) | Dist (cm) | NCV (m/s) |
|---|---|---|---|---|---|---|---|
| R Median Motor | Wrist | 9.00* | ---- | ---- | 2200.0 | ---- | ---- |
|  | ante cub | 12.80 | 4.80 | ---- | 1380.0 | 23.0 | 47.90+ |
| R Median Sensor | wrist | *** Unobtainable | | | | | |
| R Ulnar Motor | Site 1 | 3.80 | ---- | ---- | 8800.0 | ---- | ---- |
|  | Site 3 | 8.90 | 5.10 | ---- | 5200.0 | 28.0 | 54.90 |
| R Ulnar F-Wave | Wrist | 34.80 | 34.80 | ---- | 290.0 | ---- | ---- |
| L Median Motor | Wrist | 4.50* | ---- | ---- | 7400.0 | ---- | ---- |
|  | ante cub | 8.40 | 3.90 | ---- | 7200.0 | 24.0 | 61.50 |
| L Median Sensor | wrist | 3.81 | ---- | 1.68 | 13.4 | ---- | ---- |

### EMG NEEDLE STUDY

| Side | Muscle | Nerve | Root | Fib | Psw | Ply | Fsc | Rec | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Rt | 1stDorInt | Ulnar | C8-T1 | 0 | 0 | Nml | 0 | Nml | Normal |
| Rt | Biceps | Musc C | C5-6 | 0 | 0 | Nml | 0 | Nml | Normal |
| Rt | Oppon Pollicis | | | 0 | 1+ | 2- | 0 | 75% | Abnormal |

A

| DATE | AILMENT | TREATMENT | DOCTOR |
|---|---|---|---|
| 10·16·00 | c/o epidsic @ arm heaviness - onset is abrupt + short lived @ rest or c̄ activity. q̄ BP 137/90 pulse 72 reg up @ rales. A/ ? P/ observe | | No c/p, SOB. [signature] |
| 12·3·00 | 0550 - c/o arm tingling - L arm numbness. B/P 160/100 - Suggested rest today sick call tomorrow for re- | | [signature] |
| | 0400 cc - R arm numbness (from elbow down to finger tips) × 1½ weeks - no strength in R hand R arm 144/100  L arm 144/92 - left arm free normal - Denies HA or any other body sx - mod. hand grasp / numbness/tingling never completely relieved - stronger c̄ use of arm. | | |
| | Pain to Dr. | | |
| 12·4·00 | c/o R arm tingling / numbness - tingling in hands. q̄ symm UE Reflex grip ok reflex symm ↑↑ A/ ? tendonitis / CTS P/ tried motrin way back to ↓ activities | | [signature] |
| 12·20·00 | cc - cont'd R arm numbness/tingling - seems to be getting worse - some pain relief c̄ motrin - Request for eval by Dr. | | [signature] |
| 12·22·00 | Schedule EMG - NCS. - persistent symp. | | [signature] |
| 1·9·01 | f/u | | [signature] |
| 1/12/01 | f/u | | [signature] |

D

| DATE | AILMENT | TREATMENT | DOCTOR |
|---|---|---|---|
| 1/17/01 | SID | | B.Morgan |
| 1/26/01 | received labs | EGC / chlamydia - symps improving | McKim |
| 020201 | Here to discuss EMG results w/ Dr. | | Bergey M |
| 022101 | c/c - pain extending up R arm to Elbow - "getting worse" - will call office so that EMG results can be brought in. | | Bergey M |
| | | | R.Morgan |
| 2/23/01 | Consultative results | abnorm EMG NCS | Atkinson |
| 022601 | Here to see report on EMG study. Recommend R hand Cockup splint and motrin. No work in laundry. | | Bergey M / Atkinson / Krauser |
| 3/05/01 | Seen by Dr. Manfredi NS for ? Neuromuscular ... | | |
| 030701 | c/c - R elbow pain - getting worse (see note 02/21/01) - Routine Motrin not effective - wearing R hand splint & water - interested in surgical correction. Return 30 d. | | Bergey M |
| 3/7/01 | S: c/o persistent numbness fingers R hand x 3 weeks. Wearing wrist splint PM ah. O: R hands Thenar muscles showing as atrophy A: CTS P: Try to obtain wrist splint - plastic stay | | B.Morgan |

D

Family Home Healthcare Products
7 N. Baltimore Ave
Mt. Holly Springs, Pa 17065
717.486.5201
866 486 5201 toll free

Randy A. Starner
79 Corporation St.
Newville, Pa. 17241

Dear Mr. Starner,

Thank you for your recent letter inquiring about our cockup wrist splints. We have several selections of these in different colors and styles, in all of the various sizes for both right and left hands. I really do not have any pamphlets of these that I can send you, but I can briefly describe what it is that they do. I also don't have the time to research and find materials to educate you on carpal tunnel syndrome, but I will briefly describe it to you in this letter as follow:

- **<u>Carpal tunnel syndrome:</u>** Chronic pain and paresthesia in the hand in the area of distribution of the median nerve, caused by compression of the median nerve by fibers of the flexor retinaculum, and associated with repetitive motion, as in typing or playing a musical instrument.

This is the definition as it appears in Stedman's medical dictionary. To simplify things I will define it in my own words. Imagine a series of control rods sheathed within an outer covering, all working back and forth against each other. These control rods are what extends and contracts your fingers, wrist, etc. As these control rods work back and forth they cause friction against one another, if there is too much friction this causes irritation which in turn causes swelling. <u>Especially where a "crimp" is formed, by dropping your wrist, crimping the sheath and creating a pinch point.</u> This swelling impinges on a nerve cluster causing numbness and tingling. Repetitive motions with your wrists dropped is the most common cause of the problem.

The best way <u>to prevent the problem from worsening is with the use of a cock up wrist splint.</u> These splints keep your hands in an extended position, (not bent downward at the wrist), and alleviates the pinch point. At first the use of these splints will seem awkward and feel strange. In a few days though it will seem perfectly normal and should solve much of the problem associated with carpal tunnel syndrome.

The cost of these range from $9.95 to $18.95 depending on how much immobilization you require and the style that appeals to you. The best way I can be of further assistance to you is for you to come visit our store, so I can show you the various braces and go from there.

I hope this answers your questions satisfactorily, and I look forward to meeting you. Feel free to call me if I can be of any further assistance.

Sincerely yours,

Steve Burkholder

E

# WHAT IS CARPAL TUNNEL SYNDROME?

Carpal tunnel syndrome is a condition involving the hands caused by a "pinched" nerve at the wrist. It commonly causes the symptoms of numbness, tingling, or burning pain in the fingers, hand, or forearm. In rare circumstances, carpal tunnel syndrome can also cause very unusual symptoms that radiate up to your shoulder and neck.

The carpal tunnel is an actual tunnel in the wrist. The floor of that tunnel is the carpal bones of the wrist. The roof of that tunnel is formed by a tough, leathery ligament called the transverse carpal ligament. Through the carpal tunnel run the tendons that flex your fingers and thumb and also the median nerve. The median nerve provides sensation for the thumb, index, middle and ring fingers and also provides for the movements of your thumb. In many cases, the cause of carpal tunnel syndrome in a given person is unknown. Many conditions can contribute to the development of carpal tunnel syndrome including arthritis, diabetes, pregnancy, menopause, and thyroid disease.

If carpal tunnel syndrome is ignored for too long, permanent nerve damage can occur. One of the goals of surgery is to stop the progression of nerve damage. If carpal tunnel syndrome is caught early enough, surgery can cure the symptoms associated with carpal tunnel syndrome. After surgery, some patients feel an immediate improvement in their symptoms. In other patients, however, symptoms may temporarily worsen as the nerve "comes back to life." In some cases, patient's symptoms improve very slowly over a number of months. In the end, however, a huge majority of patients are very happy with the results of carpal tunnel surgery.



Transverse carpal ligament

Forearm bones

Median nerve

## SURGICAL TREATMENT FOR CARPAL TUNNEL SYNDROME

The surgery performed for this condition is called a carpal tunnel release. It is typically an outpatient procedure that involves making an incision into the palm of the hand. During this procedure, the transverse carpal ligament is cut, releasing the pressure on the median nerve. The surgery may be performed under local anesthesia, Bier block (where the entire arm is asleep), or general anesthesia. Most likely, however, your surgery will be performed under a local anesthesia.

Febuary 23, 2001

Warden: Mr. Reitz
Cumb. Co. Prison
1101 Claremont Rd.
Carlisle, Pa. 17013

Dear Warden: Mr. Reitz

I am contacting your office concerning the medical Dept., one Mr. Daniels.

I was taken to the Belvedere Medical Center the last week of January or the first week of Febuary. I tried to get the proper dates, administration was reluctant in giving said dates. I was taken to the medical center by C/o McGinny to have test performed on my Right arm and hand pertaining to Corporal tunnel. The test results were positive. Dr. Craig J. Jurgensen informed me that there was significant loss of nerve funtion. His recommendation, surgery to ease pressure on said nerves, so that feeling and coordination will be restored.

It has been approximately (3) weeks since I've had the tests. I called the Medical Center on Febuary 22, 2001. The secretary told me the test results were sent to Mr. Daniel's office weeks ago. This I already knew, for Mr. Daniels told me this also, weeks ago. I can understand the test results inadvertently being sent to his private office. What I can not understand is; Nurse Burgess has been calling numerous times asking to have said results faxed from Dr. Daniels office. Mr Daniels has come to this prison many times in the past few weeks, knowing that the Medical Department here at the prison have been contacting his office/secretary concerning these test results.

Mr Daniels and his office have been negligent, for ample time has patiently been given to have said results forwarded from his office.

I am contacting your office Mr. Reitz, using the informal process first. I pray that this matter can be handled internally.

COPIES:
Warden: Mr. Reitz
Treatment: Mr. Sneed

Respectfully

E

## Amendment

On Febuary 24, 2001, I received the relevant dates pertaining to attached letter.

On December 4, 2000 I went to sick-call to discuss that I was expereincing numbness in my hand and fingers, along with deep pain up my arm too and including my elbow. DR Daniel's had arrangements made for test to be performed in relation to "Corporal Tunnel."

Time table; December 4, 2000 until the test; January 22 2001, a total of 38 (49) days.

On January 22, 2001 test were performed, today is Febuary 26, 2001, this is a time span 36 days. The test results are still not in the hands of the medical department here at the prison. I returned to the medical department on Febuary 21, 2001 too inform them that my symptoms were becoming irritating, this is when nurse Burgess told me she would try again to have DR. Daniel's secratary fax, or DR. Daniel's himself bring the results from his office,

G

\* Addition of days not correct.

I returned to sick-call on Friday the (February 23, 2001) I was told by Nurse Burgess she was still waiting for Dr. Daniel's seckratary to fax them. I then desided to wait and speek with Dr. Daniel's personally. This I regret only lead to Dr. Daniel's becoming hostile with me. I did not argue with Dr. Daniel's, as Lt. Elgin Fritz was there. He can comfrim this if need be.

This is where things stand; Biginning to present, 66 days have passed, as of Monday-February 26, 2001; (84) 32 (49) days have passed waiting for test Results from Dr. Daniel's office. And the waiting is continual Mr. Reitz.

I charge Dr. Daniel's, and his office with gross negligence!

Again I pray Mr. Reitz that your office can intervene, so that this injustice may be corrected internally

G

Respectfully,
Randy Alan Starner

Date: February 24, 2001.

# CUMBERLAND COUNTY PRISON
# REQUEST FORM

FROM: _____        DATE: _____

UNIT: _____

**SECURITY STAFF**

❏ WARDEN

❏ DEPUTY WARDEN-SECURITY

❏ DEPUTY WARDEN-OPERATIONS

❏ TRAINING SPECIALIST

❏ ACCOUNTS OFFICER

❏ RECORDS DEPARTMENT

❏ MAINTENANCE DEPARTMENT

Shiftleader: _____

**TREATMENT STAFF**

❏ DEPUTY WARDEN-TREATMENT

❏ WORK RELEASE MANAGERS

❏ MEDICAL DEPARTMENT

❏ EARNED TIME CASE MANAGER

❏ DRUG/ALCOHOL CASE MANAGER

❏ CORRECTIONAL COUNSELOR

❏ PSYCHOLOGIST

❏ CHAPLAIN

❏ INSTITUTIONAL PAROLE OFFICER

**_BE SPECIFIC IN EXPLAINING REQUEST_**

_____
_____
_____
_____
_____
_____
_____
_____
_____H___

ANSWERED BY: _Helen Sneed_        DATE: 2/28/01

In reply to your correspondence dated 2/23/01 I have spoken with Dr. Daniels - his office staff reported sending your test results and we are not in receipt of them. Dr. Daniels has reviewed the test results and in his opinion, corrective surgery is not emergent. He further stated that you are free

GEN-5                                    REVISED: 11-00

# United States District Court For The Middle District of Pennsylvania

Randy Alan Starner

v.

Michael O. Daniels, M.D. et al.

No: 01-CV-757

(William W. Caldwell) J.

## Certificate of Service

I hereby certify that service of a true and correct copy of the enclosed, Plaintiff's Exhibits to Brief In Support of Motion for Denial of Defense Counsel's Motion to Dismiss Plaintiff's Complaint was sent to counsel of record this **4th** day of **October**, 2001 by first class mail.

Andrea L. Bennett
Devlin & Devine
100 W. Elm Street
Conshohocken, Pa. 19428

Foulkrod Ellis
Professional Corperation
1800 Linglestown Road, Suite-3
Harrisburg, Pa. 17110

By: _Randy Alan Starner_