ORIGINAL

# United States District Court For The Middle District of Pennsylvania

Randy Alan Starner

v.

Michael O. Daniels, M.D., et al.

No: 01-CV-757

FILED HARRISBURG OCT 1 0 2001 MARY E. D'ANDREA, CLERK Per_____ DEPUTY CLERK

Affidavit

(William W. Caldwell) J.

(Title 42 U.S.C.A. § 1983.)

I Randy Alan Starner, hereby declare: that I am able to produce creditable witnesses to give testimony as to the following events and discussion.

Said subpoenas are on file, with Clerk of Courts, to be issued at the appropriate time.

The identity of these witnesses is known to the court. I will not name them at this time, to protect them from any reprisals, unless ordered to do so from the court.

This affidavit is to inform Defense Counsel of record that plaintiff intend to subpoena witnesses.

1.) Events and Discussion that took place; January 22, 2001, at the Belvedere Medical Center, Dr. Craig J. Jurgensen, Neurologist.

2.) Events and Discussions that took place between; December 4, 2000 to March 24, 2001. Place: Cumberland County Prison, Medical Department. "Dr. Daniels; Dr. Woods."

I <u>Randy Alan Starner</u>, have spoken with all witnesses. Said witnesses and myself have agreed that, as not to jeopardize their livelihood, they shall only give testimony under subpoena.

I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of, 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

_October 4th 2001_
Date

_Randy Alan Sterner_
Signature

# United States District Court
# For The
# Middle District of Pennsylvania

Randy Alan Starner

v.

Michael O. Daniels, M.D., et al.

No: 01-CV-757

(William W. Caldwell, J.)

## Certificate of Service

I hereby certify that service of a true and correct copy of the enclosed, Affidavit, was sent to counsel of record this __4th__ day of __October__, 2001 by first class mail.

Andrea L. Bennett
Devlin & Devine
100 W. Elm Street
Conshohocken, Pa. 19428

Foulkrod Ellis
Professional Corporation
1800 Linglestown Road, Suite-305
Harrisburg, Pa. 17110

By: _Randy Alan Starner_