ORIGINAL

(37)
12/27/
MA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, Pa. 17108-0983

12·19·01

Re: Randy Alan Starner v. Daniels, et al.
No.: 01-CV-757
Address Change: "Plaintiff"

FILED
HARRISBURG, PA
DEC 2 6 2001
MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

Dear Sir/Madam:

This corespondence is to inform the court, that as of 12·29·01, I will no longer be residing at 1101 Claremont Road, Carlisle, Pa. 17013.
My new mailing address will be: 79 North Corporation Street, Newville, Pa. 17241.
Please adjust mailings accordingly.

Respectfully,

Randy Alan Starner

Randy Alan Starner

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, Pa. 17108-0983

12·19·01

Re: Randy Alan Starner V. Daniels, et al.
No.: 01-CV-757
Address Change: "Plaintiff"

## Certificate of Notice

I hereby certify that attorneys of record;...

Devlin & Devine
Attorneys at Law
Suite 200 - 100 West Elm St.
Conshohocken, Pa. 19428

Foulkron Ellis
Professional Corporation
1800 Linglestown Road
Suite 305
Harrisburg, Pa. 17110

... have been notified as to address change of Randy Alan Starner V. Daniels, et al. No.: 01-CV-757.

Respectfully,
Randy Alan Starner